UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

FILED

08 MAR 27 AM 9: 40

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____ DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Mag. Case No. '08 MJ 0936 |
| | ) | |
| Plaintiff, | ) | COMPLAINT FOR VIOLATION OF |
| | ) | |
| v. | ) | Title 21, U.S.C., Section 841 - |
| | ) | Title 18, U.S.C. Section 2 |
| | ) | Attempted Possession with Intent to |
| ALEJANDRO CONTRERAS | ) | Distribute controlled |
| | ) | Substance and Aiding and |
| Defendant. | ) | Abetting |
| | ) | |

The undersigned complainant being duly sworn states:

On or about March 27, 2008, within the Southern District of California, defendant ALEJANDRO CONTRERAS and Harold Garner, Jr., charged elsewhere, did knowingly and intentionally attempt to possess, with intent to distribute methamphetamine a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 27th DAY OF

March 2008.

_____
MAGISTRATE JUDGE

Beginning around May 14, 2007, agents intercepted several calls between defendant Alejandro Contreras (hereinafter "defendant Contreras") and defendant Harold Garner (hereinafter "Garner"), discussing the sale of methamphetamine by Garner to defendant Contreras at Garner's residence in National City, California. These intercepted calls were authorized by a Federal District Court Judge in San Diego.

On May 16, 2007, during wire interceptions, defendant Contreras called Garner on four separate occasions asking where defendant Garner was at and at what time he would be home. Based on the wiretap, agents believe that Garner was selling ounce quantities of methamphetamine to defendant Contreras. When Garner later replied that he had something "now," Garner was informing defendant Contreras that he would deliver the ounce quantitites of methamphetamine later that night.

On May 22, 2007, during wire interceptions, defendant Contreras called Garner and asked his whereabouts. Garner told defendant Contreras that he did not have "anything" (methamphetamine), but would have some the following day. Defendant Garner told  Contreras that he would take "two of the same five" (two ounces of methamphetamine) to him. Defendant Contreras replied and said that he wanted to be called as soon as possible because he didn't want any trouble from any of his customers. Garner told defendant Contreras that he was at home and would see defendant Contreras in twenty minutes.

On March 26, 2008, DEA Agents and Task Force Officers served arrest warrants on Garner and his wife Monica Flores-Garner ("defendant Flores-Garner") at their residence in National City, California. At the time of the arrests, in front of the surveillance officers, Garner was in the process of completing a methamphetamine transaction with defendant Contreras. Agents seized approximately methamphetamine located in defendant Garner's pants pocket and approximately $2000.00 from defendant Contreras. Defendant Contreras was in possession of phone that he used during the wiretap investigation. Garner asked the agents if defendant Contreras had "given him up." Garner admitted to selling methamphetamine. A presumptive field test for methamphetamine was positive.