1 | DONOVAN J. DUNNION
Attorney At Law
2 | State Bar No. 70713
402 West Broadway, Suite 2700
3 | San Diego, California 92101

4 | (619)231-8688

5

6 | Attorney for **Defendant**

7

FILED

08 APR 10 PM 2:47

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____ DEPUTY

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 08MJ0936 |
| Plaintiff, | **SUBSTITUTION OF ATTORNEY** |
| v. | |
| ALEJANDRO CONTRERAS | |
| Defendant | |

PLEASE TAKE NOTICE THAT defendant <u>Alejandro Contreras</u> hereby substitutes DONOVAN J. DUNNION as his counsel of record in place and in stead of <u>RICARDO M. GONZALEZ</u>.

Dated: 4/04/08            _____
                          Defendant

I CONSENT TO THE ABOVE SUBSTITUTION:
Dated: _____   _____

SUBSTITUTION ACCEPTED:
Dated: 4/07/08           _____
                         DONOVAN J. DUNNION, ESQ.

IT IS SO ORDERED:
Dated: 4/10/08           _____
                         HON.
                         Judge of the U.S. District Court