FILED

APR 22 2008

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ALEJANDRO CONTRERAS,<br><br>　　　　　　Defendant. | Crim. Case No. 08CR1251-L<br><br>**I N F O R M A T I O N**<br><br>Title 21, U.S.C., Secs. 841(a)(1) and 846- Conspiracy to Distribute Methamphetamine |

The United States Attorney charges:

### COUNT 1

Beginning at a date unknown and continuing up to March 26, 2008, within the Southern District of California, defendant ALEJANDRO CONTRERAS did knowingly and intentionally combine, conspire, and agree with other persons, to distribute methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

DATED: 4/22/08 .

　　　　　　　　　　　　　　　　KAREN P. HEWITT
　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　SHERRI WALKER HOBSON
　　　　　　　　　　　　　　　　Assistant U.S. Attorney