1AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

**WAIVER OF INDICTMENT**

v.

**ALEJANDRO CONTRERAS**

CASE NUMBER: 08CR1251-L

I, **ALEJANDRO CONTRERAS,** the above named defendant, who is accused of violating Title 21, U.S.C., Sections 846 and 841(a)(1) – Conspiracy to distribute methamphetamine, being advised of the nature of the charge, the proposed INFORMATION and of my rights, hereby waive in open court on _4/22/08_ prosecution by indictment and consent that the proceeding may proceed by information rather than indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
JUDICIAL OFFICER