# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | ) | CASE NUMBER 08CR1251-L |
|---|---|---|
| vs | ) | ABSTRACT OF ORDER |
| Alejandro Contreras | ) | Booking No. 63203098 |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of __4/22/08__ the Court entered the following order:

✓ Defendant be released from custody.

____ Defendant placed on supervised / unsupervised probation / supervised release.

____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

✓ Defendant released on $ 25,000 p/s bond posted.

____ Defendant appeared in Court. FINGERPRINT & RELEASE.

____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

____ Defendant sentenced to TIME SERVED, supervised release for _____ years.

____ c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court:
_____ dismissing appeal filed.

____ Bench Warrant Recalled.

____ Defendant forfeited collateral.

____ Case Dismissed.

____ Defendant to be released to Pretrial Services for electronic monitoring.

____ Other._____

UNITED STATES MAGISTRATE JUDGE

OR

Received _____  W. SAMUEL HAMRICK, JR. Clerk
DUSM                                   by
                                        Deputy Clerk

Crim-9  (Rev 6-95)                                     ★ U.S. GPO: 1996-783-398/40151

CLERKS' COPY