| | |
|---|---|
| 1 | KAREN P. HEWITT |
| | United States Attorney |
| 2 | SHERRI HOBSON |
| | Assistant U.S. Attorney |
| 3 | California State Bar No. 142947 |
| | United States Attorney's Office |
| 4 | 880 Front Street, Room 6293 |
| | San Diego, California 92101-8893 |
| 5 | Telephone: (619) 557-5027 /(619) 557-3445 |
| | Email: sherri.hobson@usdoj.gov |

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 08cr1251-W |
| Plaintiff, | |
| | NOTICE OF APPEARANCE |
| v. | |
| ALEJANDRO CONTRERAS, | |
| Defendant. | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.

I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive <u>all</u> Notices of Electronic Filings relating to activity in this case:

| Name | CBN | Tele. No. | Email Address |
|---|---|---|---|
| Sherri Hobson | 142947 | 619-557-5027 | sherri.hobson@usdoj.gov |

1

2   Effective this date, <u>the following attorneys are no longer associated with this case</u> and should

3   <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case:

4

| Name | CBN | Tele. No. | Email Address |
|------|-----|-----------|---------------|
| N/A  |     |           |               |

5

6

7   DATED: April 28, 2008

        Respectfully submitted,

8           KAREN P. HEWITT
        United States Attorney

9

10

        <u>s/Sherri Hobson</u>
11           SHERRI HOBSON
        Assistant United States Attorney

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28   Notice of Appearance
United States v. Alejandro Contreras      2      08cr1251-W

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08cr1251-W |
| Plaintiff, ) | |
| v. ) | |
| ALEJANDRO CONTRERAS, ) | CERTIFICATE OF SERVICE |
| Defendant. ) | |

IT IS HEREBY CERTIFIED THAT:

I, SHERRI HOBSON, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of **NOTICE OF APPEARANCE** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

Donovan J. Dunnion, Esq.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 28, 2008.

/s/ Sherri Hobson
SHERRI HOBSON
Assistant U.S. Attorney

Notice of Appearance
United States v. Alejandro Contreras                                              08cr1251-W