PS8B
(04/05)

September 5, 2008

# UNITED STATES DISTRICT COURT
## FOR THE
## SOUTHERN DISTRICT OF CALIFORNIA

**Request for Modifying the Conditions of Pretrial Release**

**Name of Defendant:** Alejandro Contreras                    **Dkt No.:** 08CR1251W-001

**Name of Judicial Officer:** The Honorable Thomas J. Whelan, U.S. District Judge

**Date Conditions Were Ordered:** March 27, 2008, before the Honorable William McCurine, Jr., U.S. Magistrate Judge

**Conditions of Release:** restrict travel to Southern District of California; do not enter Mexico; report for supervision to Pretrial Services; not possess or use any narcotic drug or other controlled substance without a lawful medical prescription; not possess any firearm or other dangerous weapon or explosive device; be able to legally remain in the United States during pendency of the proceedings; submit to treatment, and/or testing, as specified by the Pretrial Services Officer for drug or alcohol abuse; and actively seek and maintain full-time employment, schooling, or combination of both.

**Modification:** None

**Date Released on Bond:** April 22, 2008

**Charged Offense:** Title 21 U.S.C. 841(a)(1) and 846- Conspiracy to Distribute Methamphetamine.

**Next Court Hearing:** November 24, 2008 at 9:00 a.m. (Status Conference) before your Honor.

**AUSA:** Sherri Walker Hobson                    **Defense Counsel:** Donovan Dunnion (retained)
(619) 557-5610                                                                                 (619) 231-8688

**Prior Violation History:** A letter was submitted on August 14, 2008, advising your Honor of the defendant's status while on pretrial supervision. The defendant was arrested on April 26, 2008, for a domestic violence charge. The case was ultimately not prosecuted.

---

**PETITIONING THE COURT**

**TO MODIFY THE CONDITIONS OF SUPERVISION AS FOLLOWS:**

Praying the Court will order the defendant to participate in psychological or psychiatric counseling at the direction of the pretrial services officer.

CONTRERAS, Alejandro                                September 5, 2008
Dkt #: 08CR1251W-001                                Page 2

## CAUSE

Mr. Contreras requested Pretrial Services' assistance in directing him to psychological care as he has been feeling stressed regarding his case and his life in general.

The undersigned attempted to contact the defendant's attorney, Donovan Dunnion, a message was left at his office and as of yet, have not received a call. The undersigned contacted the defendant's surety, Dana Blackcloud, who does not oppose the modification. Ms. Sherri Walker Hobson from the U.S. Attorney's Office also stated she did not object to psychological counseling.

**I declare under penalty of perjury that the foregoing is true and correct.**

**Executed on: September 5, 2008**

Respectfully submitted:                             Reviewed and approved:

by _____Silvana Patton_____                         _____
Silvana Patton                                      Anthony W. Ortiz
United States Pretrial Services Officer             Supervising U.S. Pretrial Services Officer
(619) 446-3617
Place: San Diego, CA

Attachments

CONTRERAS, Alejandro  September 5, 2008
Dkt #: 08CR1251W-001  Page 3

## THE COURT ORDERS:

__X__ AGREE, conditions of release be modified to include psychiatric or psychological counseling as deemed necessary by Pretrial Services.

_____ Other _____

_____

_____

_____    ___9/5/08___
The Honorable Thomas J. Whelan           Date
U.S. District Judge