UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
MAR - 9 2009
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

Alejandro Contreras,

      Defendant.

CASE NO. 08CR1251-W

**JUDGMENT OF DISMISSAL**

   IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

___ of the offense of: <u>21 USC 841(a)(1) and 846.</u>

   IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 3/2/09

                 _____
                 Thomas J. Whelan
                 UNITED STATES DISTRICT JUDGE